No. 569. EARLEY *v.* DiCENSO ET AL.; and

No. 570. ROBINSON, COMMISSIONER OF EDUCATION OF RHODE ISLAND, ET AL. *v.* DiCENSO ET AL. Appeals from D. C. R. I. Probable jurisdiction noted. Cases consolidated and a total of 1½ hours allotted for oral argument. Cases set for oral argument immediately following No. 89 [*Lemon v. Kurtzman,* probable jurisdiction noted, 397 U. S. 1034] and No. 153 [*Tilton v. Finch,* probable jurisdiction noted, 399 U. S. 904]. Reported below: 316 F. Supp. 112.

No. 544. COMMISSIONER OF INTERNAL REVENUE *v.* LINCOLN SAVINGS & LOAN ASSN. C. A. 9th Cir. Certiorari granted.

No. 336. NELSON, WARDEN *v.* O'NEIL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 5029. ROMONTIO *v.* UNITED STATES. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 5338. APODACA ET AL. *v.* OREGON. Ct. App. Ore. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 339. SLAKMAN *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 525. CABBLER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.